UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

HONORABLE TIMOTHY J. CORRIGAN

| | | |
|---|---|---|
| CASE NO. | 3:22-cr-131-TJC-MCR | DATE: April 15, 2024 |
| TITLE: | USA v. Paul Steven Hulbert | |
| TIME: | 11:00 a.m. - 11:52 a.m. | |
| TOTAL: | 52 minutes | |

| Courtroom Deputy: Timothy Luksha | Court Reporter: Shannon Bishop |
|---|---|
| Probation: Kyle McCrohan ||
| Counsel for Government:   Kevin Frein ||
| Counsel for Defendant:     Gonzalo Andux ||

## CLERK'S MINUTES

Court in session and counsel identified for the record.

Defendant adjudicated guilty as to **Count Three of the Indictment.**

**SENTENCE IMPOSED as to Count Three of the Indictment.**

**IMPRISONMENT**: **THIRTY-SIX (36) MONTHS.**

The Court recommends to the Bureau of Prisons that the defendant be incarcerated as close to Jacksonville, FL as possible, enrolled in the residential substance abuse treatment program (RDAP), mental health programming, and any vocational and educational programming available.

**SUPERVISED RELEASE**: **THREE (3) YEARS.**

*Special conditions of supervised release:*

Mandatory drug testing requirements are imposed.

> The defendant shall participate in a substance abuse program (outpatient and/or inpatient).
>
> The defendant shall participate in a mental health treatment program (outpatient and/or inpatient).
>
> Defendant shall cooperate in the collection of DNA.
>
> The defendant shall submit to a search.
>
> Defendant shall comply with all orders of the state court regarding the custody situation with your child.

**SPECIAL ASSESSMENT** of $100.00 is due immediately.

**FINE** and cost of imprisonment are waived.

Courts One, Two and Four are dismissed on the motion of the United States.

The defendant is remanded to the custody of the United States Marshal.

Defendant advised of right to appeal.